Monday, June 8, 2015

Lorenzo Graves #01869633
Fort Stockton Transfer Facility, N-16
1536 IH 10 East
Fort Stockton, TX 79735

Court of Criminal Appeals of Texas
P O Box 12308
Capitol Station
Austin, TX 78711

Dear Sir or Madam:

Re: W-23535-A-1
WR-82,799-01

I would like to request a specific answer as to why my 11.07 filing was denied by the Court. All I received in the mail was a card saying it had been denied. I am trying to understand the specific reasoning.

Thank you in advance for your assistance and reply.

Sincerely,

82,799-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk